**Electronically Filed
Supreme Court
SCWC-16-0000266
16-JUN-2020
07:53 AM**

SCWC-16-0000266

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JERRY ELDER AS TRUSTEE OF THE ELDER TRUST,
Petitioner/Plaintiff-Counterclaim Defendant-Appellant-
Cross-Appellee,

vs.

THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION,
Respondent/Defendant-Counter Claimant-Cross Claim Defendant-
Appellee-Cross-Appellee,

and

ROBERT V. GUNDERSON, JR. and ANNE D. GUNDERSON,
Respondents/Defendants-Counter Claimants-Cross-Claimants-
Appellees-Cross-Claim Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000266; CIV. NO. 11-1-088K)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Somerville, in place of Pollack, J., recused)

Petitioner's application for writ of certiorari, filed

on May 4, 2020, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, June 16, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama



/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Rowena A. Somerville